**Courtesy Copy of ECF Document**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★  FEB 23 2012  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LINA CONIGLIO, individually and on behalf of all    :
others similarly situated,                          :
                                                    :
                        Plaintiffs,                 :
            v.                                      :
                                                    :
CAPITAL ONE, N.A.,                                  :
                                                    :
                        Defendants.                 :
                                                    :
-------------------------------------------------------- x

**ECF Case**

Case No. 2:10-cv-05353 (LDW)(GRB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side. Plaintiff may move for reinstatement of the action against Defendant within thirty (30) days of the entry of this Order for good cause shown. A copy of the attorneys' signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
       February 23, 2012

STEVEN J. MOSER, P.C.

By: _____
Steven J. Moser, Esq. (SJM-1737)
sjm@stevenjmoser.com
1 School Street, Suite 303
Glen Cove, New York 11542
(516) 671-1150

*Attorneys for Plaintiff*

McGUIREWOODS LLP

By: _____
Matthew C. Kane, Esq. (*pro hac vice*)
mkane@mcguirewoods.com
McGuireWoods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90064
(310) 315-8200

Philip A. Goldstein, Esq. (PAG-0908)
pagoldstein@mcguirewoods.com
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100

Attorneys for Defendant
CAPITAL ONE, N.A.

SO ORDERED

_____
Hon. Leonard D. Wexler
U.S.D.J.

Dated: Central Islip, NY
2/24/12

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  FEB 24 2012  ★

LONG ISLAND OFFICE

\37272561.1